2015-1687 (La. 9/16/16)

**STATE of Louisiana**

v.

**Phillip Orlando JOHNSON**

**NO. 2015-K-1687**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. 3, No. 292202; to the Court of Appeal, Second Circuit, No. 50,005-KA; September 16, 2016

Denied.

2015-1734 (La. 9/16/16)

**STATE of Louisiana**

v.

**Conell GALLE**

**NO. 2015-KP-1734**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. F, No. 489-028; to the Court of Appeal, Fourth Circuit, No. 2015-K-0584

Denied.

WEIMER, J., would grant. HUGHES, J., would grant.

2015-1758 (La. 9/16/16)

**STATE of Louisiana IN the INTEREST OF J.R.**

**NO. 2015-CK-1758**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Orleans Parish Juvenile Court, No. 2015-042-01-DQ-E; to the Court of Appeal, Fourth Circuit, No. 2015-C-0766;

IN RE: J.R.;—Defendant;

Denied.